Sweet, R.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



JESSICA DE LA ROSA,

      Plaintiff,

-against-

34TH STREET DINER, INC. and THE HOLY SPIRIT
ASSOCIATION FOR THE UNIFICATION OF
WORLD CHRISTIANITY,

      Defendants.

Case No. 16 CV 8845

**Stipulation of Dismissal**

Plaintiff and Defendants, through their undersigned attorneys, hereby stipulate to the voluntary dismissal of the above-captioned action, with prejudice, and without costs, attorneys' fees, expenses or disbursements to any party as against the other. The parties hereby stipulate and agree that no party hereto is an infant or incompetent person for whom a committee has been appointed.

Dated: May 23, 2017

_____
Donald J. Weiss, Esq.
Attorney for Plaintiff
363 Seventh Avenue
New York, NY 10001
(212) 967-4440

_____
Lloyd Somer, Esq.
Attorney for Defendants
330 Seventh Avenue
New York, NY 10001
(212) 629-7001

**SO ORDERED:**

_____
U.S.D.J.
5-30-17

4